IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Clara Raquel Epstein, M.D.,            :

      Plaintiff            :        Civil Action 2:10-cv-00895

v.                                                  :        Judge Smith

The Ohio State University, *et al.*,   :        Magistrate Judge Abel

      Defendants       :

# ORDER

This matter is before the Magistrate Judge on attorneys Cameron W. Tyler and Bruce W. Sarbaugh's July 11, 2012 motion to withdraw as counsel (doc. 73). Rule 83.4(c)(2) of the Southern District of Ohio Civil Rules states:

> Any motion to withdraw from further representation of the client must meet the following requirements: (1) it must be served upon the client and the certificate of service must so state; (2) it must assert that good cause, as defined by the Rules of Professional Conduct, exists to permit the withdrawal; and (3) it must be accompanied by an affidavit or other evidence supporting the assertion of good cause.

S.D. Ohio Civ. R. 83.4(c)(2). Counsel are DIRECTED to file a motion that complies with this Rule.

                                                    s/ Mark R. Abel
                                                    United States Magistrate Judge